

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00150-CR

_____

## IN RE CODY JOSEPH MORGAN

_____

## Original Proceeding

## From the 19th District Court
## McLennan County, Texas
## Trial Court No. 2011-1673-C1

_____

## MEMORANDUM  OPINION

_____

Relator's Petition for Writ of Mandamus filed on July 1, 2021, is denied.


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Wright[1]
Petition denied
Opinion delivered and filed July 14, 2021
Do not publish
[OT06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  _See_ TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.